IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

NEVILLE NICHOLSON

705463

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

FREDRIC HEAD, WARDEN,
GEO CORPORATION, ET AL,

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

5:13-CV-146 MTT CHW

## I. GENERAL INFORMATION

1. Your full name and prison number __NEVILLE NICHOLSON   705463__
2. Name and location of prison where you are now confined __RIVER BEND C.F.__
3. Sentence you are now serving (how long?) __LIFE__
    (a) What were you convicted of? __ARMED ROBBERY; MURDER__
    (b) Name and location of court which imposed sentence __SUPERIOR COURT OF DEKALB COUNTY.__
    (c) When was sentence imposed? __JUNE 5TH, 1992__
    (d) Did you appeal your sentence and/or conviction?   Yes [✓]   No [ ]
    (e) What was the result of your appeal? __DENIED__

(f) Approximate date your sentence will be completed __UNKNOWN__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ☐  No ☒

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
      Plaintiff(s): __N/A__
      __N/A__
      Defendant(s): __N/A__
      __N/A__
   (b) Name of Court: __N/A__
   (c) Docket Number: __N/A__   When did you file this lawsuit? __N/A__
   (d) Name of judge assigned to case: __N/A__
   (e) Is this case still pending?   Yes ☐   No ☒ N/A
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
      (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
      __N/A__
      __N/A__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☒ N/A

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a)   Parties to the previous lawsuit:
      Plaintiff(s): __N/A__
      Defendant(s): __N/A__
   (b)   Name of Court: __N/A__
   (c)   Docket Number: __N/A__   When did you file this lawsuit? __N/A__
   (d)   Name of judge assigned to case: __N/A__
   (e)   Is this case still pending?   Yes ☐   No ☒ N/A

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

N/A

8. AS TO **ANY** LAWSUIT FILED IN **ANY** FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? RIVERBEND CORRECTIONAL FACILITY, MILLEDGEVILLE, GA. 31061

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐

   (2) If Yes, what was the result? WARDEN, FREDRIC HEAD ON 9/30/2012, FORMAL GRIEVANCE NO: 126138, ADMITTED THE INCIDENT, "STABBING" HAD TAKEN PLACE. THE GRIEVANCE PROCESS HAS BEEN COMPLETED.

   (3) If No, explain why not:   N/A

   N/A

   N/A

   N/A

   N/A

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

WROTE MEDICAL REQUESTS AND LETTERS OF COMPLAINT WHICH WILL BE SUBMITTED WITH SUPPORTING BRIEF (CARBON COPIES).

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✓   No ☐

(1) If Yes, to whom did you appeal and what was the result? DEPUTY WARDEN OF CARE AND TREATMENT, MS. CARTER, MS. SMITH GRIEVANCE COORDINATOR, WARDEN, HEAD, AND INTERNAL AFFAIRS.

(2) If No, explain why you did not appeal: N/A
N/A
N/A

10. In what other institutions have been confined? Give dates of entry and exit.

LEE ARRENDALE STATE PRISON, HAYS STATE PRISON, SMITH STATE PRISON, WARE STATE PRISON, TELFAIR STATE PRISON, HANCOCK STATE PRISON, WARE STATE PRISON, MACON STATE PRISON, AUTRY STATE PRISON, DODGE STATE PRISON, RIVERBEND CORRECTIONAL FACILITY; 2012 - PRESENT.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

RIVERBEND CORRECTIONAL FACILITY
196 LAYING FARM ROAD
MILLEDGEVILLE, GEORGIA 31061

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

FREDRIC HEAD, WARDEN   RIVERBEND CORRECTIONAL FACILITY,
GEO CORPORATION, ET AL;

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? RIVERBEND CORRECTIONAL FACILITY

WHEN do you allege this incident took place? JUNE 21ST, 2012.

WHAT happened? AT ABOUT 2:0'CLOCK, A.M., WHILE ASLEEP IN G-BUILDING, I WAS ATTACKED AND STABBED NINE (9) TIMES IN MY HEAD, FACE, NECK, HAND AND SHOULDER.

I WAS TAKEN TO OCONEE REGIONAL MEDICAL CENTER, E.R., IN MILLEDGEVILLE, GA.

WARDEN, FREDRIC HEAD AND GEO CORPORATION FAILED IN THEIR DUTY TO PROTECT MYSELF FROM ACTUAL INJURY, BY THE EMPLOYMENT OF COMPETENT SECURITY PERSONEL

WARDEN, FREDRIC HEAD AND GEO CORPORATION FAILED, AND CONTINUE TO FAIL TO PROVIDE FOLLOW-UP MEDICAL CARE AND TREATMENT

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

SECURITY, AND SECURITY CAMERA'S AT RIVERBEND CORRECTIONAL FACILITY RECORDED THE STABBING, WARDEN, FREDERICK HEAD, IN MY FORMAL GRIEVANCE, ALSO ADMITTED THE STABBING TOOK PLACE.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I WANT THE COURT TO SERVE A COPY OF THIS COMPLAINT ON EACH DEFENDANT, SCHEDULE AND ORDER A EVIDENTIARY HEARING. A "JURY TRIAL IS DEMANDED", PLAINTIFF ASKS THE COURT TO AWARD HIM SIX-HUNDRED-FIFTY THOUSAND DOLLARS, PLUS COURT COSTS AND ANY FEE'S INCURRED BY PLAINTIFF AS A RESULT OF HAVING BROUGHT THIS ACTION, ALSO CONTINUED MEDICAL CARE AND TREATMENT FOR THE INJURIES SUSTAINED AS A RESULT OF DEFENDANTS NEGLIGENCE.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 18TH day of APRIL, 20 13.

_Nevelle Nechol_
PLAINTIFF