IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NEVILLE NICHOLSON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:13-CV-146 (MTT) |
| **Warden FREDERICK HEAD, et al.,** | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Order & Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 6). The Magistrate Judge recommends denying the Plaintiff's Motion for Preliminary Injunction (Doc. 5) because he has not shown a substantial likelihood of success on the merits or that an injunction is necessary to prevent irreparable injury.

The Plaintiff has not filed an Objection to the Recommendation. He did file a Response (Doc. 7) to the portion of the Magistrate Judge's Order directing him to supplement his complaint. However, after reviewing his Response, he still has not, for purposes of injunctive relief, shown substantial likelihood of success on the merits or danger of an irreparable injury.

Accordingly, the Recommendation is **ADOPTED** and made the **ORDER** of this Court. The Plaintiff's Motion for a Preliminary Injunction is **DENIED**.

**SO ORDERED**, this 26th day of June, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT