IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NEVILLE NICHOLSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-146 (MTT) |
| ) | |
| **Warden FREDERICK HEAD, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the Court is the Order & Recommendation of Magistrate Judge Charles H. Weigle.  (Doc. 8).  After granting the Plaintiff leave to amend his complaint, the Magistrate Judge conducted an initial screening of his new claims pursuant to 28 U.S.C. § 1915A(a).  Following this screening, the Magistrate Judge recommends dismissing the Plaintiff's claim for denial of access to a law library and his claim against Defendant GEO Corporation for frivolity or failure to state claim.  The Magistrate Judge also recommends dismissing without prejudice the Plaintiff's claim against Defendant CEO Zoley.

The Plaintiff has filed an objection to the Recommendation.  (Doc. 12).  Pursuant to 28 U.S.C. 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is **ADOPTED** and made the **ORDER** of this Court.  The Plaintiff's claim for denial of access to a law library and his claim against Defendant GEO Corporation is **DISMISSED**.  The Plaintiff's claim against Defendant CEO Zoley is **DISMISSED without prejudice**.

**SO ORDERED**, this 14th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
