# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **NEVILLE NICHOLSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:13-cv-146 (MTT) |
| | : | |
| Warden **FREDERICK HEAD,** | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendant. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Defendant Warden Frederick Head's Motion to Extend the Discovery Period for an Additional Thirty Days. Doc. 23. Having reviewed the Motion, it is hereby **ORDERED** that Defendant's Motion to Extend the Discovery Period for an Additional Thirty Days is **GRANTED**. The discovery period shall be extended for the purpose of taking Plaintiff Neville Nicholson's deposition an additional thirty days, through and including Thursday, December 26, 2013.

**SO ORDERED**, this 3rd day of December, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge