IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **NEVILLE NICHOLSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:13-cv-146 (MTT) |
| | : | |
| Warden **FREDERICK HEAD,** | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendant. | : | Before the U.S. Magistrate Judge |

## ORDER

Defendant Warden Frederick Head has filed a motion for summary judgment asserting that Plaintiff Neville Nicholson fails to demonstrate the existence of any genuine issue of material fact and that Defendant is entitled to judgment as a matter of law. Doc. 28. Since Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise him of his obligation to respond to this motion and the consequences he may suffer if he fails to file a proper response.

Therefore, Plaintiff is advised:

1. that a motion for summary judgment has been filed by Defendant;

2. that he has a right to oppose this motion; and

3. that if he fails to oppose this motion, it may be <u>GRANTED</u>.

Plaintiff also is advised that, under the procedures and policies of this Court, motions for summary judgment normally are decided on the briefs. That is, in accordance with the provisions of Rule 56 of the Federal Rules of Civil Procedure, the Court will examine the pleadings, all discovery materials, and any affidavits and exhibits filed by the parties to determine whether there are any genuine issues of material fact and, by extension, whether the moving party is entitled to judgment

as a matter of law. As such, Plaintiff is notified that if he fails to respond to the statements set forth in Defendant's affidavits or other sworn pleadings, these statements may be accepted as the truth.

Accordingly, Plaintiff is hereby **ORDERED AND DIRECTED** to file a written response to Defendant's motion for summary judgment <u>WITHIN TWENTY-ONE (21) DAYS</u> of Plaintiff's <u>RECEIPT</u> of this Order. If Plaintiff fails to timely respond, the Court will consider the motion for summary judgment to be uncontested.

**SO ORDERED**, this 28th day of January, 2014.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge