IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED CLERK'S OFFICE
2014 FEB -6 AM 8:36
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

| | |
|---|---|
| NEVILLE NICHOLSON, | |
| PLAINTIFF, | |
| VS. | CASE NO: 5:13-CV-146 (MTT) |
| WARDEN, FREDERICK HEAD, ET AL., | |
| DEFENDANT(S). | 42 U.S.C. § 1983 |

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PLAINTIFF, ON THE 30TH DAY OF JANUARY, 2014, THROUGH PRISON LEGAL MAIL, RECEIVED, UNITED STATES MAGISTRATE JUDGE, CHARLES H. WEIGLE'S ORDER, DATED THE 28TH DAY OF JANUARY, 2013, THEREBY, DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. PLAINTIFF, THEREFORE, FILES HIS RESPONSE, AND OPPOSITION, AS FOLLOWS:

1.

THE COURT, IN CONSIDERING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, IS REQUIRED TO VIEW FACTS, WHICH ARE DRAWN FROM PLEADINGS, AFFIDAVITS, AND DEPOSITIONS, IN A LIGHT MOST FAVORABLE TO PLAINTIFF'S. SWINT V. CITY OF WADLEY, 51 F.3d 988, 999 (11TH CIR. 1995).

1.

2.

2. DEFENDANT(S) <u>HAVE NOT</u> DEPOSED PLAINTIFF'S WITNESS, <u>DON FAIRCLOTH</u>, <u>NOR</u>, HAS DEFENDANT, WARDEN, <u>FREDERICK HEAD DISPROVED</u> PLAINTIFF'S ALLEGATIONS.

3. PLAINTIFF'S PROPERLY FILED <u>INSTITUTIONAL GRIEVANCE</u>, AND DEFENDANT, WARDEN, <u>FREDERICK HEAD'S RESPONSE</u> IS SUFFICIENT TO ESTABLISH, AND HOLD DEFENDANT, WARDEN, <u>FREDERICK HEAD</u> LIABLE. SEE, <u>SWINT V. CITY OF WADLEY</u>, 51 F.3d 988, 999 (11TH CIR. 1995), WHERE THE ELEVENTH CIRCUIT HELD; QUALIFIED IMMUNITY PROTECTS ALL BUT THE PLAINLY INCOMPETENT, OR THOSE WHO KNOWINGLY VIOLATE THE LAW.

4. THE ELEVENTH CIRCUIT HELD; AS IN COMMON LAW TORT SUITS, DEFENDANT'S IN AN ACTION UNDER 42 U.S.C.A.§ 1983, ARE RESPONSIBLE FOR THE NATURAL CONSEQUENCES OF THEIR ACTIONS. <u>H.C. BY HEWITT V. JARRARD</u>, 786 F.2d 1080, 1086-87 (11TH CIR. 1986). SEE ALSO, <u>MATTHEWS V. CROSBY</u>, F.3d 1265-1270 (11TH CIR. 2007).

## STATEMENT OF CLAIM

DEFENDANT(S) FILED THEIR <u>MOTION FOR SUMMARY JUDGMENT</u> IN <u>BAD FAITH</u>, TO CAUSE FURTHER DELAY IN THE PROCEEDINGS, AS DEFENDANT, <u>WARDEN, FREDERICK HEAD</u>, <u>CANNOT</u> DISPROVE PLAINTIFF'S FACTUAL ALLEGATIONS, WHICH, BY A PREPONDERANCE OF THE EVIDENCE, <u>PLAINTIFF IS ENTITLED TO THE RELIEF REQUESTED</u>.

2.

MOREOVER, PLAINTIFF'S WITNESS, AND OBVIOUS INMATE LEGAL COUNSEL, DON FAIRCLOTH CAN, AND WILL PROVIDE EVIDENCE, AND TESTIMONY, MATERIAL TO THE FACTS ALLEGED, AND THAT DEFENDANT, WARDEN, FREDERICK HEAD SHOULD BE CONSIDERED BY THE COURT FOR CRIMINAL PROSECUTION.

PLAINTIFF'S EVIDENCE, AND WITNESS TESTIMONY IS SUFFICIENT THAT THE COURT SHOULD DENY DEFENDANT, WARDEN FREDERICK HEAD'S MOTION FOR SUMMARY JUDGMENT AS, PLAINTIFF IS READY TO GO TO TRIAL, AS THE DEFENDANT(S) ON THE 26TH DAY OF AUGUST, 2013, REQUESTED AND FILED A TWELVE PERSON JURY DEMAND.

## CONCLUSION

PLAINTIFF RESPECTFULLY ASKS THE COURT TO DISMISS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

RESPECTFULLY SUBMITTED, THIS 31ST DAY OF JANUARY, 2014.

x _____
NEVILLE NICHOLSON

PREPARED BY:
DON FAIRCLOTH, 577853

3.

## CERTIFICATE OF SERVICE

This is to certify that I have served the opposing party with a complete and accurate copy of the foregoing documents. Service was made by placing the same in an envelope, and with sufficient postage affixed, placed in the U.S. Mail, and on this day mailed to the party(s) as follows:

CLERK; U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 128
MACON, GA. 31202-0128

ADAM L. APPEL; C/O
CARLOCK, COPELAND, AND STAIR, LLP
191 PEACHTREE ST., N.E. SUITE 3600
ATLANTA, GA. 30303-1740

This the 31ST day of JANUARY, 2014

x /s/ _____ PRO SE'
NEVILLE NICHOLSON    GDC# 705463
JOHNSON STATE PRISON
P.O. BOX 344
WRIGHTSVILLE, GEORGIA 31096

Sworn to and subscribed before me this
____ day of _____, 20____.

Notary Public or Other Person Authorized to Administer Oaths