IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NEVILLE NICHOLSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CAFN: 5:13-CV-146-MIT-CHW |
| FREDRIC HEAD, Warden[1], | ) |
| | ) |
| Defendant. | ) |

**REPLY IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT FILED BY WARDEN FREDERICK HEAD**

COMES NOW Defendant Frederic Head[1], and by and through his undersigned counsel, files this reply in support of his Motion for Summary Judgment showing the Court as follows:

### I. INTRODUCTION

On January 27, 2014, Defendant filed a Motion for Summary Judgment, a Brief in Support of that Motion and a Statement of Material Facts, as required by the federal rules and the rules of this Honorable Court, in support of that Motion. Defendant properly supported his Motion with the pleadings on file with the Court, and sworn deposition and affidavit testimony from affiants with personal knowledge of the matters to which they affirmed and testified.

---

[1] Defendant Frederick Head is incorrectly identified as Frederic Head.

On February 6, 2014, Plaintiff filed a Response in Opposition to Defendant's Motion for Summary Judgment. In his opposition, Plaintiff failed to refute Defendant's facts with *any* evidence that would cause a rational and reasonable jury to determine that a genuine issue of material fact exists to warrant denial of Defendant's Motion. Rather, Plaintiff opposed Defendant's Motion with self-serving conclusory statements of what his evidence *would* prove at a trial of this matter.

Accordingly, as Plaintiff has failed to present this Court with *any* evidence to overcome Defendant's Motion for Summary Judgment, Defendant respectfully submits that for all the reasons stated below, and for all the reasons stated in previously filed pleadings in support of Defendant's Motion for Summary Judgment, Defendant is entitled to judgment as a matter of law on all Plaintiff's claims against him.

**A.     Defendant's Statement of Material Facts is Admitted by Plaintiff**

In his opposition, Plaintiff failed to address, deny or respond in any way to the record facts accurately set forth in Defendant's Brief in Support of Summary Judgment and 56.1 Statement of Material Facts. Rather than pointing to any specific evidence in the record, as required by the applicable rules, to raise an issue of fact with respect to Defendant's alleged liability, Plaintiff regresses to layer one of this litigation and simply repeats his contention that Defendant is liable to him.

Consequently, Plaintiff presents no credible evidence to support his generic arguments.

Federal courts have acknowledged that the purpose of the rule requiring submission of material facts in support of summary judgment " 'is to assist the Court in understanding the scope of the summary judgment motion by highlighting those facts which the parties contend are in dispute.'  In the absence of the required statements, 'the Court is forced to scour the record on its own in a search for evidence which may support that party's contention that a certain fact is not in dispute.' " *Archie Comic Publications, Inc. v. Decarlo*, 258 F.Supp.2d 315, 317 (S.D.N.Y. 2003); *see also Holtz v. Rockefeller & Co., Inc.*, 258 F.3d 62, 74 (2d Cir. 2001) (finding that Rule 56.1 is designed "to streamline the consideration of summary judgment motions by freeing district courts from the need to hunt through voluminous records without guidance from the parties.").

Consequently, Plaintiff has failed to submit a paragraph by paragraph response to Defendant's 56.1 statement; and his failure to controvert or to specifically admit or deny each of Defendant's assertions allows the Court to deem each of Defendant's facts as admitted.

**B.    Plaintiff has failed to produce evidence sufficient to overcome summary judgment**

Plaintiff has failed to oppose Defendant's properly supported Motion for Summary Judgment by pointing to any specific "pleadings, depositions, answers to

interrogatories and admissions on file, together with affidavits" that show the existence of a *genuine* issue of material fact that overcomes Defendant's entitlement to judgment as a matter of law and Defendant's entitlement to qualified immunity.  *See* Fed. R. Civ. P. 56(c) (emphasis added).

In this case, Plaintiff contends that Defendant violated his Eighth Amendment rights by allegedly failing to protect him from harm from other inmates and by being deliberately indifferent to his alleged serious medical needs. However, after ample time to conduct discovery, the only *evidence* Plaintiff presents in support of his contentions are the speculations and conjecture made part of his original pleadings – and promises to produce evidence at a later time. Plaintiff has submitted no affidavits, provided no evidence to refute the affidavit filed by Defendant and did not refute any of his own deposition testimony which provided significant support to Defendant's defense.  Plaintiff's failure to develop his case and to support his claims with any evidence does not warrant Plaintiff time before a jury.  Consequently, without more, Plaintiff's reliance on speculation is not sufficient to get his case to the jury, and Defendant should be granted judgment as a matter of law.

## II.  CONCLUSION

As Plaintiff has not demonstrated that he would be able to produce any evidence in support of his claims, aside from sheer speculation, Defendant prays

that this Honorable Court rule in his favor and against Plaintiff on all claims against him.

                                                  Respectfully submitted,

This 14th day of February, 2014.   CARLOCK, COPELAND & STAIR, LLP

                                             By:   */s/ Adam L. Appel*
                                                    ADAM L. APPEL
                                                    State Bar No.: 020765
                                                    MARQUETTA J. BRYAN
                                                    State Bar No.: 074315

                                             ***Attorneys for Defendant Frederick Head, Warden***

Carlock, Copeland & Stair, LLP
191 Peachtree Street
Suite 3600
Atlanta, Georgia 30303
404-522-8220

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for the opposing party with a copy of the within and foregoing **REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY WARDEN FREDERICK HEAD** to the following party of record via regular mail to:

> Neville Nicholson - *Plaintiff Pro Se*
> *Inmate No.: GDC705463*
> Johnson State Prison
> P.O. Box 344, Donovan Road
> Wrightsville, Georgia 31096

and filed electronically with the Clerk of Court using the CM/ECF system.

This 14th day of February, 2014.   CARLOCK, COPELAND & STAIR, LLP

> By:  /s/ *Marquetta J. Bryan*
> MARQUETTA J. BRYAN
> State Bar No.: 074315
> ADAM L. APPEL
> State Bar No.: 020765
>
> *Attorneys for Defendant Frederick Head, Warden*

Carlock, Copeland & Stair, LLP
191 Peachtree Street
Suite 3600
Atlanta, Georgia 30303
404-522-8220

4587204v.1