IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NEVILLE NICHOLSON,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-146 (MTT) |
| Warden **FREDERICK HEAD,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report & Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 32). The Magistrate Judge recommends granting the Defendant's motion for summary judgment (Doc. 28) because the Plaintiff fails to demonstrate any genuine dispute of material fact regarding his failure to protect and failure to provide medical care claims. The Plaintiff has not filed an objection to the Magistrate Judge's Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the **ORDER** of this Court. The Defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**, this 2nd day of June, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT